**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Henry W. Fox, Jr.

48 Lay Drive,

Franklinville, New Jersey

*(In the space above enter the full name(s) of the plaintiff(s).)*

08322-3621  USA

- against -

Franklinville Joint Municipal Court

and

Gloucester County Justice Complex

and

Franklinville Police Department

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach
        additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Henry W. Fox, Jr. |
| | Street Address | 48 Lay Drive. |
| | County, City | Gloucester, Franklinville, |
| | State & Zip Code | New Jersey 08322-3621 USA |
| | Telephone Number | 1-856-422-2253 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Sergeant Michael Marsh, Franklinville Police_
Street Address _1571 Delsea Drive._
County, City _Gloucester County, Franklinville,_
State & Zip Code _New Jersey 08322 USA_

Defendant No. 2    Name _Officer Michael Neher, Franklinville, Police_
Street Address _1571 Delsea Drive._
County, City _Gloucester County, Franklinville,_
State & Zip Code _New Jersey 08322 USA_

Defendant No. 3    Name _Detective Lietenant Kenneth Gonzalez,_ _Franklinville Police_
Street Address _1571 Delsea Drive._
County, City _Gloucester, Franklinville,_
State & Zip Code _New Jersey 08322 USA_

Defendant No. 4    Name _CPL. Creamer_
Street Address _1571 Delsea Drive._
County, City _Gloucester, Franklinville,_
State & Zip Code _New Jersey 08322 USA_

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions         ☒ Diversity of Citizenship

☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Henry W. Fox, Jr.__

Defendant(s) state(s) of citizenship __State of New Jersey__

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __48 Lay Drive, Franklinville, New Jersey 08322-3621 and Franklinville Police Department Station__

B. What date and approximate time did the events giving rise to your claim(s) occur? __March 1, 2017 at 10:40 PM at Home Domestic Violence Caused mother problems with me daily.__

They are

C. Facts: Refused to get American Sign languages for effective communications needs.

When my mother called 911 up to 63 times from October 31, 2008 to May 5, 2018 I was asking several officer must to contact American Sign Languages for me as effective communications my needs is very important. By it is an Americans with Disabilities Act under Title III the Law, but ADA is enforcement Franklinville Police Provide to get a sign languages interpreter because I am deaf cannot hear not understand them. The ambulance which came at Franklinville Police station and saw me with arrested handcuffed both my hands on the bench in the office. The officer pulled me lay down and his hand put on my face and put me on ambulance bed then took me to hospital. Sergeant Michael Marsh kissing his lips to played with me. The nurse which saw that officer hand bend to hitted often on my back and took the handcuffed off my both hands.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Officer Pipe and Officer Neber that took me to hospital for overnight and I went home and went to bed next day. I found it out my back was very very painfully and tightes cannot moved. officer police was wrong not to brutally me. Because it was not right I had L-Carnitine has no alcoholic or Steriods with no any drugs in it. I brought it from GNC. My back is still pains often but no better. It was happening on March 1, 2017.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Henry W. Fox, Jr sues Franklinville Police Department never get an American Sigh languages while I was arresting three or four times and with handcuffed with my both hands on bench, while, I seat order by Officer Franklinville Police Department at Station. I can get a Civil Rights Lawyer or Private Lawyer can strong for lawsuit by Plaintiffs. I have been suffered because I am disability rights by ADA the Law under Title III of July 26, 1990. Three Franklinville Police men pay fines because it was refused to get American Sign Languages for an effective communications needs is most important to following ADA the Law under title III. Franklinville Police must pay fines each of four which broke an Americans with Disabilities Act under Title III. It is 9 and half years for no provide a sign languages interpreters at all. -4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __11__ day of _____ June _____, 20 _18_ .

Signature of Plaintiff _Henry W. Foy, Jr._

Mailing Address _48 Lay Drive._
_Franklinville, New Jersey_
_08322-3621  USA_

Telephone Number _1-856-422-2253_

Fax Number *(if you have one)* _1-856-694-1819 fax#_

E-mail Address _davidfaith08@ gmail.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

ADA and Deaf Equal Rights Access the Law!

Signature of Plaintiff: _Henry W. Foy, Jr._